

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-19-00246-CV

Anselma **RODRIGUEZ,** Norma Rodriguez, Amadora R. Mariscal, Homero Rodriguez and Elisa R. Alaniz,
Appellants

v.

Arturo **RODRIGUEZ,** Santos R. Olmeda, Pablo Rodriguez, Jr., David Rodriguez, Elva R. Smith, Children of Alberto Rodriguez (deceased), Alberto Rodriguez, Jr., Nadia Rodriguez, and Manuel Rodriguez,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-09-538
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on June 5, 2019. On June 3, 2019, appellant filed a motion for extension of time to file the brief until August 4, 2019—an extension of sixty (60) days. Appellant's motion is GRANTED. It is ORDERED that appellant's brief is due no later than Monday, August 5, 2019. **Appellant is advised that further requests for extension of time to file the brief will be disfavored.**

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court